IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JUSTIN FERGUSON,                 )
                                     )
         Plaintiff,             )
                                       )     CIVIL ACTION
vs.                              )
                                       )     FILE No. 19-cv-856-A
FORT WORTH JOE'S PIZZA & PASTA, INC.,    )
KAY-WEL ENTERPRISES, INC. and       )
KAREN V. BERTELLI, TRUSTEE OF THE    )
BERTELLI KAREN V TRUST,           )
                                         )
         Defendants.        )

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, JUSTIN FERGUSON ("Plaintiff") and Defendants, KAY-WEL INTERPRISES,
INC. and KAREN V. BERTELL, TRUSTEE OF THE BERTELLI KAREN V TRUST
("Defendants"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the
Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants, FORT
WORTH JOE'S PIZZA & PASTA, INC., KAY-WEL INTERPRISES, INC. and KAREN V.
BERTELL, TRUSTEE OF THE BERTELLI KAREN V TRUST, and this entire Action with
prejudice. Each party to bear their own fees and costs.

Respectfully submitted this _5th_ day of May, 2020.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Law Offices of
LIPPE & ASSOCIATES

Emil Lippe, Jr., Esq.
State Bar No. 12398300
Lippe & Associates
2222 Merit Drive, Suite 1200
Dallas, TX 75251
Tel: (214) 855-1850
Fax: (214) 720-6074
emil@texaslaw.com

Attorneys for Plaintiff

/s/  James M. Murrell
James M. Murrell
State Bar No. 24097028
Jim Ross Law Group, P.C.
2221 E. Lamar Blvd., Suite 800
Arlington, TX  76006
Tel: (817) 275-4100
litigation@jimrosslaw.com

Attorney for Defendants
Kay-Wel Enterprises, Inc. and Karen V.
Bertelli, Trustee of the Berelli Karen V Trust

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5*th* day of May, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL