NORTHERN DISTRICT OF TEXAS
U.S. DISTRICT COURT
FILED

MAY - 5 2020

CLERK, U.S. DISTRICT COURT
By_____
      Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JUSTIN FERGUSON, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-CV-856-A |
| | § | |
| FORT WORTH JOE'S PIZZA & PASTA, INC., ET AL., | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In light of the joint stipulation of dismissal by plaintiff, Justin Ferguson, and defendants Kay-Wel Enterprises and Karen V. Bertelli, Trustee of the Bertelli Karen V Trust, and in accordance with the order signed this same date dismissing plaintiff's claims against defendant Fort Worth Joe's Pizza & Pasta, Inc.,

The court ORDERS, ADJUDGES, and DECREES that the claims and causes of action brought by plaintiff against defendants in the above-captioned action be, and are hereby, dismissed with prejudice, and that each party bear the fees and costs incurred by such party.

SIGNED May **5**, 2020

JOHN McBRYDE
United States District Judge